# United States District Court
## Southern District of Georgia

ROBERT LEE ANDREWS,

    Plaintiff,

v.

CHIEF MIKE PERSLEY,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 616-003

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on March 28, 2016, this case is hereby DISMISSED for improper venue.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff is hereby DENIED in forma pauperis status on appeal.

| March 28, 2016 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |