IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ROBERT LEE ANDREWS,

    Plaintiff,

v.

CHIEF MIKE PERSLEY,

    Defendant.

CIVIL ACTION NO.: 6:16-cv-3

## O R D E R

Pursuant to the Eleventh Circuit's decision in Andrews v. Persley, 2016 WL 5390340 (11th Cir. Sept. 27, 2016), the Court hereby **VACATES** its Order dated March 28, 2016, (docs. 9, 10), and the Eleventh Circuit's opinion, (doc. 19), is made the Opinion of this Court.

The Court's Order of March 28, 2016, is HEREBY changed to **DISMISSAL WITHOUT PREJUDICE**. The Court **AUTHORIZES** and **DIRECTS** the Clerk of Court to enter the appropriate Judgment of Dismissal without Prejudice, and this case shall remain **CLOSED**.

**SO ORDERED**, this 12th day of December, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA